IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILTON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV423 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, and OMAHA HOUSING AUTHORITY, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that all pending motions (Filing Nos. 7, 11, 13, 17, 19, 21 & 26) are scheduled for hearing on **November 3, 2005, at 10:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 26th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge