IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILTON BROWN, | ) | |
| Plaintiff, | ) | 8:05CV423 |
| v. | ) | |
| UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, and OMAHA HOUSING AUTHORITY, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on its own motion. In light of the complexity of this case, the court finds that appointment of counsel is appropriate. Accordingly,

IT IS HEREBY ORDERED:

1. The law firm of Koenig and Tiritilli, P.C., L.L.O., is appointed to represent the plaintiff in this action.

2. Bradley Haumont of Koenig and Tiritilli, P.C., L.L.O., has made an appearance in this action; he is directed to promptly file and serve a written appearance with the Clerk of Court showing his bar number, office address, telephone number, fax number and e-mail address pursuant to NEGenR 1.3(d).

2. The plaintiff is hereby notified of NEGenR 1.3(h), which provides:

> In a case in which counsel has been appointed, all further pleadings and other communications with the court shall be made exclusively through counsel, unless otherwise specifically permitted by the court. Any further pro se pleadings or other communications submitted to the court shall be returned, unfiled, to the sending party

2

        or, alternatively, may be forwarded to counsel for
the sending party.

3. That the Clerk of Court is directed to provide electronic notice of all further pleadings to Bradley Haumont of Koenig and Tiritilli, P.C., L.L.O.

4. Appointed counsel shall make application for fees and expenses to the undersigned pursuant to the Amended Plans for Administration of the Federal Practice Fund available on the district court's website at www.ned.uscourts.gov.

DATED this 3rd day of November, 2005.

                BY THE COURT:


                s/ Joseph F. Bataillon
                JOSEPH F. BATAILLON
                United States District Judge