IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILTON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV423 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, and OMAHA HOUSING AUTHORITY, | ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the appointment of counsel for the plaintiff in this case (Filing No. 32),

IT IS ORDERED that this case is reassigned from Magistrate Judge F.A. Gossett to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 4th day of November, 2005.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge