# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILTON BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV423 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of plaintiff's attorney, Bradley Z. Haumont, for Authorization to Incur Expenses (Filing No. 45). Mr. Haumont seeks authorization to incur $5,575.00 for which he will later seek reimbursement from the federal practice funds. The expenses are for the cost of an expert witness's preparation for trial and attendance at trial in this matter. Upon consideration,

**IT IS ORDERED:**

Mr. Haumont's Application for Authorization to Incur Expenses (Filing No. 45) is granted. The plaintiff's counsel is hereby authorized to incur $5,575.00 for the cost of an expert witness's preparation for, and attendance at, trial.

Dated this 30th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge