# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILTON BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV423** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Bradley Z. Haumont from the law firm Koenig & Tiritilli, P.C., L.L.O. (Filing No. 49) for leave to withdraw as counsel for the plaintiff.  Substitute counsel, from the same law firm, has entered an appearance for the plaintiff.  **See** Filing No. 47.  The court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1.      The motion for leave to withdraw of  Bradley Z. Haumont as counsel for the plaintiff (Filing No. 49) is granted.

2.      The Clerk of Court shall stop all electronic notices to Bradley Z. Haumont regarding this case.

DATED this 17th day of April, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge