IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILTON BROWN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV423** |
| vs. | ) | |
| | ) | **ORDER** |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for August 20, 2007, at 2:00 p.m. is hereby **rescheduled to August 28, 2007, at 1:30 p.m.**

DATED this 20th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge