### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILTON BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:05CV423** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the court on September 28, 2007, by the attorney for the defendant,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned judge **on or before October 12, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 28th day of September, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge