IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILTON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV423 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHA HOUSING AUTHORITY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    Seeking payment from the Federal Practice Fund, pending before me is a Motion for Reimbursement (Filing No. 111). The court notes that on March 30, 2006, Magistrate Judge Thomas D. Thalken entered an order (Filing No. 46) granting plaintiff's application to incur expert witness expenses (Filing No. 45) in the estimated amount of $5,575.00. Plaintiff has submitted a statement from his expert, Dr. Shentell L. Auffart, in the total amount of $4,620.00. Accordingly,

    IT IS ORDERED that the Request for Reimbursement of Expenses from the Federal Practice Fund (Filing No. 111) in the amount of $4,620.00 is granted.

    A copy of this Memorandum and Order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

    DATED this 8th day of May, 2008.

                                BY THE COURT:

                                s/ Joseph F. Bataillon
                                Chief United States District Judge